UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

GREGORY R GLASS,

Debtor.

Case No. 05 B 37735

Chapter 7

FILED
OCT 05 2006
EUGENE R. WEDOFF
BANKRUPTCY JUDGE

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO DEBORAH K. EBNER, TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $67,293.41 | TOTAL COSTS REQUESTED: | $428.30 |
| TOTAL FEES REDUCED: | $22,154.41 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $45,139.00 | TOTAL COSTS ALLOWED: | $428.30 |

**TOTAL FEES AND COSTS ALLOWED: $45,567.30**

THE COURT HAS MARKED THE ATTACHED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION THAT APPEARS ON THE LEFT SIDE OF EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(1)    **Fees Requested Are A Statutory Cap And Not Supported By Work Performed**

The court denies the allowance of compensation in the amount provided for in § 326 of the Bankruptcy Code when the fees requested are not supported by supporting documentation of the services performed or when such compensation appears unreasonably excessive. "The Court may award a trustee less than the statutory fee pursuant to section 326(a). Section 326(a) sets a ceiling on a trustee's fees, and does not create an entitlement to a commission in that amount." *In re Stoecker*, 118 B.R. 596, 601, (Bankr. N.D. Ill. 1990). "The maximum statutory fee is indeed a ceiling, not a floor; reductions below it may be considered." *In re Wire Cloth Products, Inc.*, 130 B.R. 798 (Bankr. N.D. Ill. 1991).

Dated: October 5, 2006

_____
Eugene R. Wedoff
United States Bankruptcy Court

Printed: 07/02/06 01:44 PM

# Time Sheet Report

Trustee: DEBORAH K. EBNER (330480)

Period: 01/01/00 - 10/01/06

Page: 16

| Case No: 05-37735 | | Case Name: GLASS, GREGORY R. | | Petition Date: 09/16/05 | | |
|---|---|---|---|---|---|---|
| Case Type: Assets | | Judge: EUGENE R. WEDOFF | | 341a Meeting: 10/24/05 01:00PM | | |

| Category | Staff Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| BUSINESS OPERATIONS | Ricki Podorovsky | | | | | |
| | | 06/25/06 | final report (1.0); review and edit documents (.80); memo to D. Ebner re: preparation of fee application and status of final report (.30). Further draft of fee application (1.0) and edits to time detail (2.50) | 3.50 | 135.000 | 472.50 |
| | | 07/02/06 | Review and edit final fee application (.40); review and edit final report and related documents (.80); prepare/compile additional documents for submission to US Trustee as part of Trustee's final report (1.30). | 2.50 | 135.000 | 337.50 |
| | | | | 26.40 | | $3,564.00 |
| Subtotal for Category: BUSINESS OPERATIONS | | | | 175.80 | | $45,139.00 |
| Total for Case: 05-37735 | | | | 175.80 | | $45,139.00 |
| Total for Trustee: DEBORAH K. EBNER | | | | 175.80 | | $45,139.00 |
| | | | Grand Total: | 175.80 | | $45,139.00 |